# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Roofers Local No. 96 Fringe Benefit Funds and the Trustees of the National Roofing Industry Pension Plan,

Plaintiffs,

vs.

Grimm Roofing Inc., a Minnesota corporation,

Defendant.

Civil File No. 01-2154JRT/SRN

**ORDER FOR JUDGMENT**

---

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant and consistent with this Court's Order dated February 7, 2002.

Based upon the Court's Order dated February 7, 2002, the Affidavit of Stephen Kelly, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant and in the amount of $21,597.23.

Dated: July 29, 2002

John R. Tunhein
United States District Judge

FILED JUL 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK